**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-26619 |
| | ) | |
| ALEXANDER STARKS, III, | ) | Judge Cleary |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTICE OF MOTION

*To the following parties that have been noticed by CM/ECF electronic delivery:*
U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604
Chapter 13 Trustee:  Marilyn O. Marshall

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*
See Attached List

**PLEASE TAKE NOTICE** that on November 16, 2020, at 1:30 p.m. I will appear before the Honorable Judge Cleary, or any judge sitting in that judge's place, and present the **Motion to Modify Plan**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:	/s/ Dustin B. Allen
	Dustin B. Allen, Attorney at Law
	ARDC#6312451
	Counsel for Debtor
	2100 Manchester Road, Suite 949
	Wheaton, IL 60187
	Phone:  773-980-9004

**CERTIFICATE OF SERVICE**

I, Dustin B. Allen, hereby certify that this Notice and all attachments were served in the manner described upon the parties named above, on or before October 20, 2020, before 5:00PM.

          By: /s/ Dustin B. Allen
             Dustin B. Allen, Attorney at Law

## **Service List**

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*

Alexander Starks, III
440 W. Palatine Road, Apt. 9
Palatine, IL 60067

Illinois Tollway
PO BOX 5544
Chicago, IL 60680

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-26619 |
| | ) | |
| ALEXANDER STARKS, III, | ) | Judge Cleary |
| | ) | |
| Debtor. | ) | Chapter 13 |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, ALEXANDER STARKS, III, by and through his attorney, Dustin B. Allen, Attorney at Law, to present this Motion to Modify Plan, and in support thereof, states as follows:

1. The Debtor filed for relief under Chapter 13 of the Title 11 of the United States Code on September 19, 2019.  The Plan was confirmed on February 10, 2020.

2. The confirmed plan currently provides for payments of $480.00 per month with payments to general, unsecured creditors of 10% of their allowed claims.

3. At the time of the case being filed, the Debtor was working full time for American Airlines. The Debtor has now been informed that he will be receiving reduced hours of approximately 20 hours per week, as a direct result of decreased airline activity due to COVID-19.

4. Further, for the past few months, the Debtor has had gaps in income for similar reasons, and has accumulated a default in the amount of $830.00

5. As a result, the Debtor seeks to extend the duration of the plan, under 11 U.S.C. §1329(d)(1), and reduce the monthly plan payment to $350.00 due to the reduced income resulting from this work change, and defer the default to the end of the Chapter 13 plan.

6. Modifying the plan in this way will not cause the Plan to run longer than the extended period prescribed by 11 U.S.C. §1329(d)(1).

7. The Debtor makes these proposals in good faith with an intent to repay his creditors in accordance with his plan.

WHEREFORE, the Debtor prays that this Court enter an order modifying the plan, and for such further

relief that this Court may deem just and proper.

                                        Respectfully Submitted,

                                            /s/ Dustin B. Allen
                                            Dustin B. Allen, Attorney at Law
                                            ARDC#6312451
                                            Counsel for Debtor
                                            2100 Manchester Road, Suite 949
                                            Wheaton, IL 60187
                                            Phone:  773-980-9004