UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:  19-26619
)
ALEXANDER STARKS, III )    Chapter: 13
)
)    Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This matter coming before the Court on the Debtor's Motion, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS ORDERED:

1) The debtor's default is deferred to the end of the plan.

2) The plan payment is reduced to $350.00 per month.

3) Pursuant to 11 U.S.C. §1329(d), the case may run up to 84 months.

4) This Order does not change the total amount to be distributed to creditors under the confirmed plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  November 16, 2020

**Prepared by:**

Dustin B. Allen, Attorney at Law
ARDC#6312451
2100 Manchester Road, Suite 949
Wheaton, IL 60187
Phone:  773-980-9004