

## PALATINE SHELL SERVICE INC.
7 E. PALATINE RD.
PALATINE, IL. 60067
Phone: 847-358-4299   Fax: 847-358-4332
**OVER 50 YEARS OF SERVICE**

Sub Estimate For Or: 059376

### Estimate for Services

Estimate Date: 2/9/2022

Starks, Alex
440 W palatine Rd
Palatine, IL 60067
Cellular: 224-578-6827

2011 Dodge - Charger SE - 3.6L, V6 (220CI) VIN(G)
Lic #: Z119489 - IL
Odom. In: 0
VIN #: 2B3CL3CG2 BH511434

| Part Description | Qty | Sale | Ext |
|---|---|---|---|
| Control Arm with Ball Joint - Front Lower | 1.00 | 207.71 | 207.71 |
| Control Arm with Ball Joint - Front Left Lower | 1.00 | 207.71 | 207.71 |
| Control Arm with Ball Joint - Front Left Upper | 1.00 | 263.96 | 263.96 |
| Control Arm with Ball Joint - Front Right Upper | 1.00 | 263.96 | 263.96 |
| Control Arm - Front Lower | 2.00 | 185.73 | 371.46 |
| Ball Joint - Front Lower | 2.00 | 47.66 | 95.32 |
| Tie Rod End - Outer | 2.00 | 58.66 | 117.32 |
| Strut - Modular Assembly - Quick Strut - Front | 2.00 | 281.16 | 562.32 |
| Sway Bar Link - Front | 2.00 | 70.68 | 141.36 |
| BOLTS | 1.00 | 40.00 | 40.00 |
| Driveshaft Coupler (Flex Disc) Kit | 1.00 | 194.16 | 194.16 |

| Labor Description | Extended |
|---|---|
| CONTROL ARM - Remove & Replace - RWD Upper BOTH SIDES | 360.00 |
| CONTROL ARM - Remove & Replace - RWD Lower, Both Sides | 360.00 |
| TENSION STRUT - Remove & Replace - Both | 240.00 |
| BALL JOINT - Remove & Replace - RWD Lower, Both Sides | 840.00 |
| TIE ROD &/OR END - Remove & Replace - Outer, Both | 240.00 |
| STABILIZER BAR CONTROL LINK - Remove & Replace - Both Sides | 120.00 |
| SHOCK &/OR STRUT ASSEMBLY - Remove & Install or Remove & Replace - RWD Both Sides - [DOES NOT include disassemble or alignment.] | 216.00 |
| FOUR WHEEL ALIGNMENT | 104.95 |
| Road test vehicle. Check all suspension and steering parts for wear. Check tire pressure and condition. Check riding height. Check alignment of all four wheels. Adjust caster, camber, toe-in, and thrust angle as needed on all four wheels. Center steeering wheel | |
| DRIVESHAFT COUPLER - Removal & Installation - RWD - [Includes: R&I Exhaust System.] | 312.00 |

*N/O Rear Brakes*

Parts/Supplies: 2,465.28   Labor: 2,792.95   HazMat/Fees: 0.00   Tax: 246.53   Total: $ 5,504.76

THANK YOU - WWW.PALATINESHELLSERVICE.COM

I hereby authorize you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty work has to be performed in our shop & cannot exceed the original cost of repair. Any vehicle not picked up three days after repairs are completed are subject to a daily storage fee of twenty five dollars from the day of completion. Unless prior arrangements are made.

Signature _____   Date _____   Time _____

Page 1 of 1



**PALATINE SHELL SERVICE INC.**
7 E. PALATINE RD.
PALATINE, IL 60067
Phone: 847-358-4299  Fax: 847-358-4332
**OVER 50 YEARS OF SERVICE**

**INVOICE** 59376

## INVOICE

Starks, Alex
440 W palatine Rd
Palatine, IL 60067
Cellular: 224-578-6827

Printed Date: 02/09/2022   Work Completed: 02/09/2022
2011 Dodge - Charger SE - 3.6L, V6 (220CI) VIN(G)
Lic #: Z119489   Odometer In: 0
VIN #: 2B3CL3CG2 BH511434   Hat #: 18

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| | | | | CHECK GROWLING NOISE WHEN ACCELERATING NEEDS ALL FRONT END STEERING AND SUSPENSION COMPONENTS. FRONT LOWER BALL JOINTS, UPPER CONTROL ARMS, OUTER TIE RODS, LOWER CONTROL ARMS, STRUTS, LINKS, REAR DRIVE AXLE COUPLER COMING APART. NEEDS REAR PADS AND ROTORS. ESTIMATE ATTACHED- CUSTOMER ADVISED MAY NOT BE WORTH FIXING AND CAR IS UNSAFE TO DRIVE AS IS. | n/c |

[ Payments - ]

THANK YOU - WWW.PALATINESHELLSERVICE.COM

I hereby authorize you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty work has to be performed in our shop & cannot exceed the original cost of repair. Any vehicle not picked up three days after repairs are completed are subject to a daily storage fee of twenty five dollars from the day of completion. Unless prior arrangements are made.

| | |
|---|---|
| Labor: | 0.00 |
| Parts: | 0.00 |
| Sub: | 0.00 |
| Tax: | 0.00 |
| Total: | $0.00 |
| Bal Due: | $0.00 |

Vehicle Received: 2/9/2022
Signature _____  Date _____
Customer Number: 7915

Visit us on the web: www.palatineshellservice.com
Email Address: palatineshellservice@gmail.com
Service Advisor: Karlos, Gino.   Tech: Sanuanos, Juan
Page 1 of 1   Copyright (c) 2022 Mitchell Repair Information Company, LLC